UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE JACQUOT, ROBERT JACQUOT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES B. SULLIVAN, *et al.*,<br><br>　　　　　Defendants. | Case No. **1:17-cv-00255-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 4) |

　　　　On March 7, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 4.) Defendants have not filed an answer or motion for summary judgment. In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　Dated:　**March 8, 2017**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1